Emily A. Bolt (State Bar No. 253109)
James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No.  215492)
BOLT KEENLEY KIM PC
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MIGUEL TORRES-CASTANEDA, | ) Case No.: 3:25-cv-9983-RFL |
| Plaintiff, | ) **STATEMENT NOTING DEATH OF** |
| | ) **PLAINTIFF** |
| v. | ) |
| | ) Judge: Hon. Rita F. Lin |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| | ) Complaint Filed: November 19, 2025 |
| Defendant. | ) |
| | ) |
| | ) |

Counsel for Plaintiff Miguel Torres-Castaneda submits this statement noting that Miguel Torres-Castaneda died on April 12, 2026.  This statement is filed concurrently with the administrative motion of Mireya Ochoa to substitute for Plaintiff.

Respectfully submitted,

Dated:  June 14, 2026        BOLT KEENLEY KIM PC

By:  /s/ *Emily A. Bolt*
        Emily A. Bolt
        Attorneys for Plaintiff and Movant Mireya Ochoa

CASE NO. 3:25-cv-9983-RFL                    1                    STATEMENT NOTING DEATH