Emily A. Bolt (State Bar No. 253109)
James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No.  215492)
BOLT KEENLEY KIM PC
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MIGUEL TORRES-CASTANEDA, ) | Case No.: 3:25-cv-9983-RFL |
| ) | |
| Plaintiff, ) | **ORDER OF SUBSTITUTION** |
| ) | |
| v. ) | Judge: Hon. Rita F. Lin |
| ) | |
| THE PRUDENTIAL INSURANCE ) | Complaint Filed: November 19, 2025 |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The Court, having considered the motion of Movant Mireya Ochoa for an order substituting her as plaintiff for the deceased Plaintiff Miguel Torres-Castaneda pursuant to Federal Rule of Civil Procedure 25(a)(1), and good cause appearing therefor, hereby ORDERS as follows:

Mireya Ochoa, as surviving spouse and successor in interest of Miguel Torres-Castaneda, is substituted as the real party in interest for Plaintiff Miguel Torres-Castaneda in this action.

CASE NO. 3:25-cv-9983-RFL                    1                    ORDER OF SUBSTITUTION

IT IS SO ORDERED.

June 26, 2026
Dated

Hon. Rita F. Lin

United States District Judge